UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MANUEL MAGANA-SAGRERO, | CRIMINAL ACTION<br>1:07-CR-279-CAP-GGB-38 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:11-CV-1954-CAP-GGB |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 1991], there being no objections thereto. Having read and considered the R&R, the court receives it with approval, and it is ADOPTED as the opinion and order of this court.

SO ORDERED, this 21st day of May, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge