Date: OCT. 22nd 2024.

page 1 of 1

Manuel Magana-Sagrero
#57000-198

F.C.I VICTORVILLE MED 1
P.O. Box 3725
Adelanto, CA. 92301

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 31 2024

KEVIN P. WEIMER, Clerk
By: DS  Deputy Clerk

Manuel Magana-Sagrero  } Motion to
v.                      } traverse to government
United state of America } response
                         Civil action no.
                         1:07-CR-0279-38-SCJ

Your Honor,
    On OCT 21st, 2024. I recieved the governments response dated OCT 2nd to my motion 18 U.S.C. 3582(c)(1)(a) compassionate release, as you know the government does not oppose reducing my sentence.
    I am enclosing my reply to their response to clearify a few factors in their response that I feel are important please take them into consideration.
    Thank you for your time and effort in this matter.

Sincerely,
X magana, s. manuel
Manuel Magana-Sagrero
#57000-198
F.C.I VICTORVILLE MED 1
P.O. Box 3725
Adelanto, CA. 92301

Manuel Magana - Sagrero
# 57000-198

F.C.I. VICTORVILLE MED 1
P.O. Box 3725
Adelanto CA, 92301

　　　　　　　　　　　　　　　Civil Action
Re: Letter to Judge　　　　　　Case number:
　　　　　　　　　　　　　　　1:07-CR-279-38-CAP-

Your Honor,

　　First and foremost I would like to begin this letter by establishing some facts concerning my case.

　　As you well know I was sentenced to life on Sept 14ᵗʰ, 2009. For count (1) conspiracy to possess a controlled substance cocaine with intent to distibrute 21 U.S.C. 841 (a)(1) 846, count (18) possesion of a firearm as an Illegal alien 18 U.S.C. 922 (g)(5) and 924 (a)(2) and count (20) conspiracy to launder money 18 U.S.C. 1956(h)

　　That life sentence was given to me due to the sentencing guidelines and law that was in effect during that era where due to my 2 prior convictions the statutory minumum was life, (Exibit (1) sentencing day page 3 sentence 19-21). OCT. 21, 2009.

If you recall at my sentencing you had mentioned that you had never given a life sentence with no evidence of violence to anyone.

Unfortunately the law binded you to that conviction (Exibit (2) sentencing day page 5 sentence 5-7 OCT. 21, 2009.)

I come to you today with knowledge that I'm sure you are well aware of that the First step act of 2018 has eliminated that mandatory life sentence with 2 prior conviction. The act makes changes to penalties for federal offenses.

The act modified mandatory minimum prison sentences for drug traffickers with prior drug convictions by increasing the threshold for prior convictions that count toward triggering higher mandatory minimums for repeat offenders.

It reduces the 20 years mandatory minimum applicable where the offender has one prior qualifying conviction to a 15 year mandatory minimum.

It reduces life in prison mandatory minimum applicable where the offender has two or more qualifying convictions to a 25 years mandatory minimum.

I would also like to mention that during the trial in the closing argument the U.S. attorney if you recall the government clearly stated that I was not a "High player" refering to the DEA investigation and clearly stating that "I was below that level". (Exibit (3) trial day, closing argument page 543 sentence 20-25 April 2, 2009)

In fact even in my 2255 motion the government in there opposition clearly stated that in the DEA investigation, I was not intercepted on any of the wiretaps calls and was not directly connected to the marshes glenn and orchard mill and russell ponds locations the only direct evidence of my involvement came from a cooperating witness. (Exibit (4) government's response to 2255 motion page 25 sentence 8-11 AUG 22, 2011)

I would like to clarify that probation mislead and falsely stated in the PSR on section 53d page 26 that I was responsible for 953 kilograms of cocaine from the residence of marshes glenn and orchard mill stash houses.

(Exibit 5 PSR section 53d page 26) when clearly the government as I just stated before in their opposition to my 2255 motion they stated that in the DEA investigation there is no evidence of my involvement, in any of the residence where drugs or money was found or in any of the phone wire taps. (Refer to exibit 4)

My point in these facts is to clearify and remind you that the government labeled my role as minimum and minor in this indictment.

These facts I believe are very important to my case, and to establish that I am not the person that the government attempted to label and sentence to life in prison.

Now if I may your Honor, allow me to inform you of who I am today enclosed in these letter is a list of all my achievements and program reviews these past 17 years of incarcelation.

You will see that I have remained disciplinary free and clear conduct, here are copys of my certificates including my G.E.D. my work performance. I have worked for UNICOR for 7 years building this

nations law enforcement vehicles I am a leadman in my assembly line and I am an Instructor in teaching the new workers their duties and jobs.

Allow me to also include a few family handships my father recently died 10 months ago in December 30th, 2023. My mother is left alone in México, I am the only serviving family member to take care of her.
I would gratefully wish to be there to support and care for her for she is in great need of me.

Furthermore on OCT. 21st 2024. I recieved the governments response to my motion, I would like to point out that I have clearified opinions concerning my case in the beginning of this letter that the government demonstrated as I have said before my role in the case was minimum and minor.

I would like to point out that the government stated on page 7 of their response stating "These actions suggest that the need for detennence is not as necessary in defendants case and that a mitigated sentence is appropriate". And also stating "Weighing these 3553 (a) factors, the government believes that a below guideline sentence of 324 months is appropriate in this case."

Therefore your Honor I request that the lowest minimum sentence be given that I may obtain my release to help assist my mother in her needs.

Your Honor I ask that you give me mercy and compassion and grant me this motion for reduction of sentence under the new ammendment 821 and the first step act concerning my two prior convictions.

Thank you for your time and effort in hearing me on this matter.

Sincerely
X MAGANA, S. MANUEL
Manuel Magana-Sagrero
# 57000-198
F.C.I. VICTORVILLE MED 1
P.O. Box 3725
Adelanto CA, 92301

Date: OCT, 22nd 2024.  Page 1 of 1

# CERTIFICATE OF MAILING/SERVICE

I, Manuel Magana-Sagrero, hereby certify that I have placed my Motion requesting modification/reduction of sentence, in the mail box, at F.C.I VICTORVILLE MED 1, Adelanto, CA. for mailing to:

United States District Court
Northern District of Georgia
Clerk of court
600 U.S. Courthouse
75 Spring Street S.W.
Atlanta, Georgia 30303

Mailing on this 22 day of OCTUBER 2024.

MAGANA. S. MANUEL
Manuel Magana-Sagrero
F.C.I / VICTORVILLE MED 1
Reg. No. 57000-198
P.O. Box 3725
Adelanto, CA 92301

Manuel Magana-Sagrero
#57000-198
Federal Correctional Institution #1
P.O. Box 3725
Adelanto CA. 92301



CLEARED DATE
OCT 31 2024
U.S. Marshals Service
Atlanta, GA 30303

United states District court
2211 United states District court
75 Ted Turner Drive S.W.
Atlanta, GA 30303-3361

LEGAL MAIL