# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Manuel Magana-Sagrero | )<br>)<br>) Case No: 1:07-cr-279-38-SCJ<br>) USM No: 57000198<br>) |
| Date of Original Judgment: 09/15/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Life  months **is reduced to**  300 Months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

In its discretion, after consideration of the applicable law and the record, the Court GRANTS Defendant's Motion under 18 U.S.C. § 3582(c)(1)(A), for a reduction of sentence as to Count 1. Doc. No. [2490]. The Court notes that the Government does not oppose a sentence reduction to 324 months on Count 1. Doc. No. [2505]. The Court finds that further reduction to 300 months is the appropriate sentence.
The Court further finds that Defendant would not pose a danger to the community. While the nature and circumstances of his offenses were dangerous and there was evidence to establish that Defendant was responsible for receipt of 953 kilograms of cocaine between October 1 and November 20, 2007, his current age and prison record of more than 16 years support the conclusion that he no longer presents a danger to society. Finally, the § 3553(a) factors, particularly the need for deterrence, weigh in favor of reduction. Defendant has a clear disciplinary record since his sentence; he has worked while incarcerated and earned praise from his employer; he has completed a GED and additional coursework in furtherance of his education.

Except as otherwise provided, all provisions of the judgment dated  09/15/2009  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  01/16/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Steve C. Jones
*Printed name and title*